**Owen Anderson, administrator of the estate of Everett Leland Lock, deceased, appellee, v. Lee Myers and Raymond Myers, appellants. Gen. No. 8,006.**

Opin-
ion filed November 15, 1929.

Arthur H. Shay, for appellants. M. D. Morahn and Butters & Butters, for appellee.

Mr. Justice Jones delivered the opinion of the court.